UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

| | |
|---|---|
| IN RE: EDDIE ANTHONY BLAND, | { CHAPTER 13 |
| | { |
| | { |
| DEBTOR | { CASE NO. R25-41071-PWB |
| | { |
| | { JUDGE BONAPFEL |

## OBJECTION TO CONFIRMATION

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor's payments under the proposed plan are not current.

2. The Debtor has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

3. The proposed Chapter 13 plan appears to deviate from the local form plan adopted by the Northern District of Georgia in Section 6.1, in violation of General Order No. 41-2020.

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

1

4.  The 2016(b) Disclosure Statement and the Chapter 13 plan are inconsistent with regard to the attorney's fees received pre-petition or to be paid in the plan, or both, in violation of 11 U.S.C. Section 329 and Bankruptcy Rules 2016(b) and 2017.  Specifically, line #1, the attorney fee breakdown does not match the total.

5.  Due to a change in circumstances since filing, Schedules I and J do not correctly reflect the current financial situation, thereby preventing the Trustee from evaluating feasibility, 11 U.S.C. Section 1325(a)(6).  Specifically, Debtor testified that his part-time income decreased to $200.00 per month.

6.  The funding of post-petition lease installments has not been maintained in the above-styled Chapter 13 case, possibly indicating that the present budget and proposed plan are infeasible.  11 U.S.C. § 1325 (a)(6).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Deborah A. Reece, Attorney
　　　　　　　　　　　　　　　　　　　　for Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　GA Bar No. 283016

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

2

R25-41071-PWB

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Objection to Confirmation using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

CLARK & WASHINGTON

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

EDDIE ANTHONY BLAND
103 OMEGA COURT
DALLAS, GA 30157

This 11th day of September, 2025

_____/s/_____
Deborah A. Reece, Attorney
for Chapter 13 Trustee
State Bar No. 283016

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

3