**IT IS ORDERED as set forth below:**



Date: October 1, 2025

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br>Eddie Anthony Bland<br><br>**Debtor(s)**. | CASE NO. 25-41071-pwb<br>CHAPTER 13 |
| Hudson Homes Management, LLC, a/a/f<br>Hudson SFR Property Holdings II, LLC<br><br>**Movant**<br><br>v.<br><br>Eddie Anthony Bland, Debtor(s);<br>and K. Edward SAfir, Trustee<br><br>**Respondents**. | Judge Paul W. Bonapfel<br><br>CONTESTED MATTER |

## ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 16], as filed on August 22, 2025. A hearing was scheduled on Movant's Motion on September 10, 2025. Movant and Debtor resolved the Motion by evidencing their consent to terms contained

1

herein, as further announced at the hearing on the Motion. No party appeared in opposition as to the Motion.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated September 21, 2024, at a rate of $2,165.00 per month plus utilities and other amounts accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Eddie Anthony Bland, relative to certain property known as 103 Omega Court, Dallas, Georgia 30157, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent and utilities post-petition, including a post-petition default for failure to pay rent for the month(s) of August and September 2025; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the total post-petition arrearage through <u>September 2025 totals $5,070.02</u>, representing rent, utilities, and late fees accruing under the terms of the Lease. This arrearage shall be paid by Debtor on or before September 24, 2025 to Movant. Debtor shall further amend the plan to cure the pre-petition balance owing to Movant, in the amount of $3,800.92, within an amended plan, with said pre-petition amount to be fully paid and satisfied in full before September 20, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's mailing address, located at <u>4849 Greenville Ave, Suite 500, Dallas, TX 75206</u> or to such address or payment method as may be hereafter designated. Failure to tender the above-described payment due by September 24, 2025, or alternatively for Debtor to submit a proposed amended plan in conformity of the above by October 1, 2025, shall entitle Movant to an order lifting the stay under §§362(a),(d) to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further notice or hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due beginning <u>October 1, 2025</u>. Should Debtor default on said regular rental payments which come due according to the Lease through <u>September 20, 2026</u>, then upon notice of default sent by first class mail to Debtor to the address(es) that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of said notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) without further notice or hearing.

**[END OF DOCUMENT]**

| | |
|---|---|
| /s/ Matthew F. Totten | /s/ Celia Washington (w/ exp perm) |
| Matthew F. Totten | Celia Washington |
| GA Bar No. 798589 | GA Bar # 044108 |
| THE TOTTEN FIRM, LLC | Clark & Washington, LLC |
| 2090 Dunwoody Club Dr. | Bldg. 3 |
| Ste 106-33 | 3300 Northeast Expwy. |
| Atlanta, GA 30350 | Atlanta, GA 30341 |
| *Attorney for Movant* | *Attorneys for Debtor* |

Seen and No Opposition:

/s/  Brandi L. Kirkland [by exp. perm.]
Brandi L. Kirkland
GA Bar # 423627
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

4

Distribution List:

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr.
Ste 106-33
Atlanta, GA 30350
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
*Trustee*

Eddie Anthony Bland, Debtor
103 Omega Ct
Dallas GA 30157