**IT IS ORDERED as set forth below:**



**Date: October 1, 2025**

_____
                                          **Paul W. Bonapfel**
                                   **U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br>Eddie Anthony Bland<br><br>**Debtor(s)**. | CASE NO. 25-41071-pwb<br>CHAPTER 13 |
| Hudson Homes Management, LLC, a/a/f<br>Hudson SFR Property Holdings II, LLC<br><br>**Movant**<br><br>v.<br><br>Eddie Anthony Bland, Debtor(s);<br>and K. Edward SAfir, Trustee<br>**Respondents**. | Judge Paul W. Bonapfel<br><br>CONTESTED MATTER |

<u>**ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE**</u>

    This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 16], as filed on August 22, 2025. A hearing was scheduled on Movant's Motion on September 10, 2025. Movant and Debtor resolved the Motion by evidencing their consent to terms contained

1

herein, as further announced at the hearing on the Motion. No party appeared in opposition as to the Motion.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated September 21, 2024, at a rate of $2,165.00 per month plus utilities and other amounts accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Eddie Anthony Bland, relative to certain property known as 103 Omega Court, Dallas, Georgia 30157, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent and utilities post-petition, including a post-petition default for failure to pay rent for the month(s) of August and September 2025; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the total post-petition arrearage through <u>September 2025 totals $5,070.02</u>, representing rent, utilities, and late fees accruing under the terms of the Lease. This arrearage shall be paid by Debtor on or before September 24, 2025 to Movant. Debtor shall further amend the plan to cure the pre-petition balance owing to Movant, in the amount of $3,800.92, within an amended plan, with said pre-petition amount to be fully paid and satisfied in full before September 20, 2026.

2

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's mailing address, located at 4849 Greenville Ave, Suite 500, Dallas, TX 75206 or to such address or payment method as may be hereafter designated. Failure to tender the above-described payment due by September 24, 2025, or alternatively for Debtor to submit a proposed amended plan in conformity of the above by October 1, 2025, shall entitle Movant to an order lifting the stay under §§362(a),(d) to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further notice or hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due beginning October 1, 2025. Should Debtor default on said regular rental payments which come due according to the Lease through September 20, 2026, then upon notice of default sent by first class mail to Debtor to the address(es) that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of said notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) without further notice or hearing.

[**END OF DOCUMENT**]

<table>
<tr><td>

/s/ Matthew F. Totten<br>
Matthew F. Totten<br>
GA Bar No. 798589<br>
THE TOTTEN FIRM, LLC<br>
2090 Dunwoody Club Dr.<br>
Ste 106-33<br>
Atlanta, GA 30350<br>
*Attorney for Movant*

</td><td>

/s/ Celia Washington (w/ exp perm)<br>
Celia Washington<br>
GA Bar # 044108<br>
Clark & Washington, LLC<br>
Bldg. 3<br>
3300 Northeast Expwy.<br>
Atlanta, GA 30341<br>
*Attorneys for Debtor*

</td></tr>
</table>

Seen and No Opposition:

/s/ Brandi L. Kirkland [by exp. perm.]
Brandi L. Kirkland
GA Bar # 423627
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

4

Distribution List:

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr.
Ste 106-33
Atlanta, GA 30350
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
*Trustee*

Eddie Anthony Bland, Debtor
103 Omega Ct
Dallas GA 30157

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-41071-pwb |
| Eddie Anthony Bland | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-6 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf401 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddie Anthony Bland, 103 Omega Court, Dallas, GA 30157-7467 |
| | + | E. L. Clark, Clark & Washington, LLC, Bldg. 3, 3300 Northeast Expwy., Atlanta, GA 30341-3923 |
| | + | Eddie Anthony Bland, 103 Omega Ct, Dallas GA 30157-7467 |
| | + | Matthew F. Totten, THE TOTTEN FIRM, LLC, 2090 Dunwoody Club Dr., Ste 106-33, Atlanta, GA 30350-5434 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ebn@atlch13tt.com | Oct 01 2025 22:43:00 | K. Edward Safir, Standing Chapter 13 Trustee, Suite 1600, 285 Peachtree Center Ave. NE, Atlanta, GA 30303-1229 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| E. L. Clark | |
| | on behalf of Debtor Eddie Anthony Bland cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| K. Edward Safir | |
| | info@atlch13tt.com |

| District/off: 113E-6 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: pdf401 | Total Noticed: 5 |

Matthew Franklin Totten         on behalf of Creditor Hudson Homes Management  LLC, a/a/f Hudson SFR Property Holdings II LLC mft@tottenfirm.com,
                                jet@tottenfirm.com,mtots@recap.email

TOTAL: 3