## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ROME DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. 25-41071-pwb |
| | * |
| Eddie Anthony Bland | * CHAPTER 13 |
| AKA Eddie A Bland; AKA Eddie Bland | * |
| | * |
| Debtor. | * |

### CERTIFICATE OF SERVICE

I certify that I served Debtor with a true and correct copy of the within and foregoing "Amendment to Chapter 13 Disclosure of Compensation -- Rule 2016(b)" by depositing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Eddie Anthony Bland
103 Omega Court
Dallas GA 30157

I further certify that K. Edward Safir, the Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

DATE: 10/27/2025
/s/ _____
Celia R. Washington, GA Bar No. 044108
Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia - Rome Division

In re **Eddie Anthony Bland**  
Debtor(s)

Case No. **25-41071-pwb**  
Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)-AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept **$5,000 attorney fee plus $70 credit counseling/credit report costs plus $50 postage/copy costs** | $ **5,120.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **5,120.00** |

2. $ **78.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   - [✓] Debtor
   - [ ] Other (specify):

4. The source of compensation to be paid to me is:
   - [✓] Debtor
   - [ ] Other (specify):

5. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b. [Other provisions as needed]
   
   **Exhibit "A" - Base Fee Services**

   **Obtain client's credit report(s).**
   **Assist client in obtaining pre-filing credit briefing;**
   **Obtain client's pay advices and tax transcripts/returns**
   **Initial Intake, etc.**
   **Pre-confirmation turn-over proceedings/Stop creditor action**
   **Motion to Extend or to Impose**
   **Certificate of Exigent Circumstances**
   **EDO**
   **341 hearing and reset 341 hearing**
   **Confirmation hearing and reset confirmation hearing**
   **Modifications necessary to confirm plan**
   **Lien avoidances necessary to confirm plan**
   **Objections to claim necessary to confirm plan**
   **Bar date review (and all resulting/related pleadings)**
   **Help client obtain pre-discharge financial management course.**
   **Help client complete and file pre-discharge DSO certification.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Exhibit "B" - Post-Confirmation, Non-Base Fees Services/A La Carte Items:**

   | | |
   |---|---|
   | **Motion to Dismiss Case ($300)** | **Modification of Confirmed Plan ($300)** |
   | **Motion to Suspend/Excuse Default ($300)** | **Motion to Sell/Transfer Property ($500)** |
   | **Motion to Approve Compromise ($500)** | **Motion to Approve Loan/Credit ($300)** |
   | **Application to Employ Professional ($300)** | **362(k) Motion/Turnover/Damages ($300)** |
   | **Trustee/Cred Motion to Modify ($100)** | **Objection to Claim ($100)** |
   | **Motion to Sever ($300)** | **Motion to Reimpose Stay ($500)** |
   | **Motion to Reopen/Vacate Dismissal ($500)** | **Motion to Retain ($300)** |
   | **Motion for Entry of Discharge ($300)** | **Motion to Vacate Discharge ($300)** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| In re | Eddie Anthony Bland | Case No. | 25-41071-pwb |
|---|---|---|---|
| | Debtor(s) | | |

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**Motion to Vacate/Reconsider Order ($300)   Objection to Default Motion ($300)**
**Motion for Determination re: Rule 3002.1 ($300)**
**Motion for Sanctions/Contempt (other than 362) ($300)**
**Motion for Relief from Stay (no payment dispute) ($300)**
**Motion for Relief from Stay (payment dispute) ($500)**

**If Client wishes to retain Attorney to represent Client in any Adversary Proceeding or Appellate Proceeding that arises in or is related to this case, Client and Attorney shall execute a separate contract setting forth the fee and scope of representation for that proceeding.**

**If the case is dismissed or converted to Chapter 7 prior to confirmation, Debtor directs the Trustee to pay the agreed-upon fees and costs to Debtor's Attorney up to $2,500.00.  If the case is dismissed or converted to Chapter 7 after confirmation of the plan, Debtor directs the Trustee to deliver to Debtor's Attorney, from funds available, any allowed, fees, expenses, and costs that are unpaid.**

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. Pursuant to General Order No. 9, I certify that I provided to the debtor(s) a copy of the "Rights and Responsibilities Statement Between Chapter 13 Debtors and Their Attorneys."

*Date*

**Celia R. Washington, GA Bar No. 044108**
*Signature of Attorney*
**Clark & Washington, P.C.**
**3300 Northeast Expressway**
**Building 3**
**Atlanta, GA 30341**
**770-488-9338   Fax: 770-220-0685**
**cworders@cw13.com**
*Name of law firm*