# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ROME DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-41071-pwb |
| | * | |
| Eddie Anthony Bland | * | CHAPTER 13 |
| AKA Eddie A Bland; AKA Eddie Bland | * | |
| | * | |
| Debtor. | * | |

### NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN

**PLEASE TAKE NOTICE** that Debtor has filed a preconfirmation modification of the Chapter 13 Plan.  The preconfirmation modification may materially and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**You rights may be affected.  You should read the preconfirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

(1) File with the court a written objection, explaining your positions and views as to why the Court should not confirm the Chapter 13 Plan, as modified.  The written objection must be filed at the following address:

> **Clerk, United States Bankruptcy Court**
> **Room 339, United States Courthouse**
> **600 East First Street**
> **Rome, GA 30161−3187**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

(2) Mail or deliver a copy of your written objection to Debtors' attorney at the address stated below and to the Chapter 13 Trustee.  You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose confirmation of the Chapter 13 Plan, as modified.

A hearing on confirmation of the Chapter 13 Plan, as modified, will be held in **Courtroom 342 of the United States Courthouse, 600 East First Street Rome, GA 30161−3187, on January 28, 2026, at 9:30AM,** which must be attended in person, unless the Court orders otherwise. You or your attorney must attend the hearing and advocate your position.

        Respectfully submitted,
        CLARK & WASHINGTON, PC

        /s/_____
        Celia R. Washington, GA Bar No. 044108
        Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA   30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-41071-pwb |
| | * | |
| Eddie Anthony Bland | * | CHAPTER 13 |
| AKA Eddie A Bland; AKA Eddie Bland | * | |
| | * | |
| Debtor. | * | |

## CERTIFICATE OF SERVICE

I certify that on the `23rd` day of `Dec.` 2025, I electronically filed the foregoing *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

Eddie Anthony Bland
103 Omega Court
Dallas  GA   30157

And, in the same manner, I served the parties listed in the attached matrix at the addresses indicated therein.

DATE: `12/23/2025`

/s/ _____
Celia R. Washington, GA Bar No. 044108
Attorney for Debtor
Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

```
Label Matrix for local noticing          Ashley Funding Services, LLC             Eddie Anthony Bland
113E-4                                   Resurgent Capital Services               103 Omega Court
Case 25-41071-pwb                        PO Box 10587                             Dallas, GA 30157-7467
Northern District of Georgia             Greenville, SC 29603-0587
Rome
Tue Dec 23 13:37:35 EST 2025

Bortolazzo Group LLC                     CASCADE CAPITAL FUNDING, LLC             Capital One
PO Box 1123                              c/o Cascade Receivables Management, LLC  Attn: Bankruptcy
Minneapolis, MN 55440-1123               5341 Old Redwood Hwy Suite 210           P.O. Box 30285
                                         Petaluma, CA 94954-7127                  Salt Lake City, UT 84130-0285


E. L. Clark                              Credence Resource Management, LLC        Envoy Mortgage, Ltd.
Clark & Washington, LLC                  Attn: Bankruptcy                         Attn: Bankruptcy
Bldg. 3                                  Po Box 2300                              10496 Katy Freeway, Ste 250
3300 Northeast Expwy.                    Southgate, MI 48195-4300                 Houston, TX 77043-5271
Atlanta, GA 30341-3923


Family Savings Credit Union              Flagship Credit Acceptance               Flagship Credit Acceptance, LLC
Attn: Bankruptcy                         PO BOX 3807                              RA: Corporation Service Company
711 E. Meighan Blvd                      Coppell, TX 75019-5877                   2 Sun Court
Gadsden, AL 35903-1996                                                            Suite 400
                                                                                  Norcross, GA 30092-2865


(p)GEORGIA DEPARTMENT OF REVENUE         Harris & Harris                          Hudson Homes Management LLC
BANKRUPTCY                               Attn: Bankruptcy                         RA: C T Corporation System
2595 CENTURY PKWY NE SUITE 339           1 Home Campute Mac X2303-01a             289 S Culver Street
ATLANTA GA 30345-3173                    Des Moines, IA 50328-0001                Lawrenceville, GA 30046-4805


Internal Revenue Service                 LVNV Funding, LLC                        (p)LENDMARK FINANCIAL SERVICES
401 W. Peachtree St., NW                 Resurgent Capital Services               BANKRUPTCY DEPARTMENT
Stop #334-D                              PO Box 10587                             2118 USHER ST
Room 400                                 Greenville, SC 29603-0587                COVINGTON GA 30014-2434
Atlanta, GA 30308


Lvnv Funding/Resurgent Capital           Medical Data Systems (MDS)               Mississippi Dept of Human Resourses
Attn: Bankruptcy                         2001 9th Avenue                          Attn: Bankruptcy
Po Box 10497                             Suite 312                                200 South Lamar St
Greenville, SC 29603-0497                Vero Beach, FL 32960-6413                Jackson, MS 39201-4013


Mohela                                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC     K. Edward Safir
Attn: Bankruptcy                         PO BOX 41067                             Standing Chapter 13 Trustee
P.O.Box 9635                             NORFOLK VA 23541-1067                    Suite 1600
Wilkes Barr, PA 18773-9635                                                        285 Peachtree Center Ave. NE
                                                                                  Atlanta, GA 30303-1229


Titlemax of Georgia                      Matthew Franklin Totten                  United States Attorney
RA: Corporation Service Company          The Totten Firm, LLC                     Northern District of Georgia
2 Sun Court                              5579 Chamblee Dunwoody Rd                75 Ted Turner Drive SW, Suite 600
Suite 400                                Ste B-136                                Atlanta GA 30303-3309
Norcross, GA 30092-2865                  Atlanta, GA 30338-4154
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue      Lendmark Financial Services, LLC      PORTFOLIO RECOVERY ASSOCIATES, LLC
Compliance Division                2118 Usher Street                     POB 41067
ARCS Bankruptcy                    Covington, GA 30014                   Norfolk, VA 23541
1800 Century BLVD NE Suite 9100
Atlanta, GA 30345-3202


(d)Portfolio Recovery Associates, LLC      (d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy                           POB 41067
120 Corporate Boulevard                    Norfolk VA 23541
Norfolk, VA 23502
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Hudson Homes Management, LLC, a/a/f Hudson      End of Label Matrix
                                                   Mailable recipients   26
                                                   Bypassed recipients    1
                                                   Total                 27
```