UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                            CASE: R25-41071-PWB

EDDIE ANTHONY BLAND                                 CHAPTER 13

                                                                               JUDGE PAUL W. BONAPFEL

Debtor

## TRUSTEE'S SUPPLEMENTAL REPORT
## FOLLOWING JANUARY 28, 2026 CONFIRMATION HEARING

At the hearing on Confirmation on January 28, 2026, the Trustee announced an agreement that the Debtor would do the following within 10 days:

• fund the plan

• file proposed amendment(s)

**As the Debtor has complied with the agreement, please enter an Order of Confirmation.**

                                                Respectfully submitted,

                                                _/s/_____
                                                Brandi L. Kirkland, Esq.
                                                for the Chapter 13 Trustee
                                                GA Bar No. 423627

R25-41071-PWB

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

CLARK & WASHINGTON

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

EDDIE ANTHONY BLAND
103 OMEGA COURT
DALLAS, GA 30157

This 24th day of February, 2026.

Respectfully submitted,

_/s/_____
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
brandik@atlch13tt.com