**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Rome Division**

| | |
|---|---|
| In   Debtor(s)<br>Re:  **Eddie Anthony Bland**<br>103 Omega Court<br>Dallas, GA 30157<br><br>**xxx−xx−1451** | Case No.: **25−41071−pwb**<br>Chapter:  **13**<br>Judge:  **Paul W. Bonapfel** |

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

  (8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

  The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

Dated: February 25, 2026

New Form 132

Paul W. Bonapfel
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                Case No. 25-41071-pwb
Eddie Anthony Bland                                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6                                         User: bncadmin                                                   Page 1 of 3
Date Rcvd: Feb 25, 2026                              Form ID: 132                                       Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddie Anthony Bland, 103 Omega Court, Dallas, GA 30157-7467 |
| 25378518 | + | Hudson Homes Management LLC, RA: C T Corporation System, 289 S Culver Street, Lawrenceville, GA 30046-4805 |
| 25378523 | + | Mississippi Dept of Human Resourses, Attn: Bankruptcy, 200 South Lamar St, Jackson, MS 39201-4013 |
| 25378524 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25456253 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2026 20:51:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25493012 | | Email/Text: BNCnotices@dcmservices.com | Feb 25 2026 20:41:00 | Bortolazzo Group LLC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 25457855 | + | Email/Text: feedback@cascadereceivables.com | Feb 25 2026 20:42:13 | CASCADE CAPITAL FUNDING, LLC, c/o Cascade Receivables Management, LLC, 5341 Old Redwood Hwy Suite 210, Petaluma, CA 94954-7127 |
| 25378511 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2026 20:51:13 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25378512 | + | Email/Text: bankruptcy@credencerm.com | Feb 25 2026 20:42:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 25378513 | ^ | MEBN | Feb 25 2026 20:40:12 | Envoy Mortgage, Ltd., Attn: Bankruptcy, 10496 Katy Freeway, Ste 250, Houston, TX 77043-5271 |
| 25378514 | + | Email/Text: cgallop@familysavingscu.com | Feb 25 2026 20:41:00 | Family Savings Credit Union, Attn: Bankruptcy, 711 E. Meighan Blvd, Gadsden, AL 35903-1996 |
| 25428347 | + | Email/Text: bankruptcy@flagshipcredit.com | Feb 25 2026 20:42:00 | Flagship Credit Acceptance, PO BOX 3807, Coppell, TX 75019-5877 |
| 25378515 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Feb 25 2026 20:51:27 | Flagship Credit Acceptance, LLC, RA: Corporation Service Company, 2 Sun Court, Suite 400, Norcross, GA 30092-2865 |
| 25378516 | | Email/Text: brnotices@dor.ga.gov | Feb 25 2026 20:42:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25378517 | ^ | MEBN | Feb 25 2026 20:40:30 | Harris & Harris, Attn: Bankruptcy, 1 Home Campute Mac X2303-01a, Des Moines, IA 50328-0001 |
| 25378519 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2026 20:41:00 | Internal Revenue Service, 401 W. Peachtree St., |

Case 25-41071-pwb    Doc 32    Filed 02/27/26    Entered 02/28/26 00:56:44    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 113E-6 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: 132 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25378520 | | Email/Text: bk@lendmarkfinancial.com | Feb 25 2026 20:40:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 25385935 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2026 20:51:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25378521 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2026 20:51:16 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25378522 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 25 2026 20:40:00 | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 25459198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2026 20:51:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 25378525 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2026 20:51:03 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25378526 | ^ | MEBN | Feb 25 2026 20:39:18 | Titlemax of Georgia, RA: Corporation Service Company, 2 Sun Court, Suite 400, Norcross, GA 30092-2865 |
| 25381275 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Feb 25 2026 20:41:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25486891 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2026                        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandi L. Kirkland | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |
| E. L. Clark | on behalf of Debtor Eddie Anthony Bland cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |

| District/off: 113E-6 | User: bncadmin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: 132 | Total Noticed: 24 |

K. Edward Safir
    info@atlch13tt.com

Matthew Franklin Totten
    on behalf of Creditor Hudson Homes Management  LLC, a/a/f Hudson SFR Property Holdings II LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

TOTAL: 4