**IT IS ORDERED as set forth below:**



Date: March 4, 2026

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge
_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE: | CASE: R25-41071-PWB |
| EDDIE ANTHONY BLAND | CHAPTER 13 |
| | JUDGE PAUL W. BONAPFEL |
| Debtor | |

## SUPPLEMENTAL ORDER OF CONFIRMATION

The above-style case came on for confirmation hearing on January 28, 2026. The Trustee objected to the confirmation of this plan for failure of the Debtor to submit to an employer deduction order. It appearing that the Debtor and the Chapter 13 Trustee have entered into this Agreement to resolve the Trustee objection, it is hereby

ORDERED, that the Debtor shall strictly comply with the requirements of this Chapter 13 Plan.  If during the first twelve (12) months following confirmation the Debtor fails to pay each plan payment on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-compliance to the Court, and the case may be dismissed without further hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Debtor's Attorney, and the Chapter 13 Trustee.

End of Document

Presented by:

_/s/_____
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
brandik@atlch13tt.com

Consented to by:

_/s/_____ *with express permission*
Celia R. Washington
Georgia Bar No. 044108
Clark & Washington
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770) 220-0685
cwashington@cw13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                                CASE: R25-41071-PWB

EDDIE ANTHONY BLAND                                   CHAPTER 13

                                                                            JUDGE PAUL W. BONAPFEL

Debtor

**DISTRIBUTION LIST**

K. EDWARD SAFIR, STANDING CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, SUITE 1600
ATLANTA, GA 30303-1229

CLARK & WASHINGTON
3300 NORTHEAST EXPRESSWAY, BUILDING 3
ATLANTA, GA 303410000

EDDIE ANTHONY BLAND
103 OMEGA COURT
DALLAS, GA 30157