**IT IS ORDERED as set forth below:**



Date: March 4, 2026

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| IN RE: | CASE: R25-41071-PWB |
| EDDIE ANTHONY BLAND | CHAPTER 13 |
| | JUDGE PAUL W. BONAPFEL |
| Debtor | |

**SUPPLEMENTAL ORDER OF CONFIRMATION**

The above-style case came on for confirmation hearing on January 28, 2026. The Trustee objected to the confirmation of this plan for failure of the Debtor to submit to an employer deduction order. It appearing that the Debtor and the Chapter 13 Trustee have entered into this Agreement to resolve the Trustee objection, it is hereby

ORDERED, that the Debtor shall strictly comply with the requirements of this Chapter 13 Plan.  If during the first twelve (12) months following confirmation the Debtor fails to pay each plan payment on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-compliance to the Court, and the case may be dismissed without further hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Debtor's Attorney, and the Chapter 13 Trustee.

End of Document

Presented by:

_/s/_____
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
brandik@atlch13tt.com

Consented to by:

_/s/_____ *with express permission*
Celia R. Washington
Georgia Bar No. 044108
Clark & Washington
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770) 220-0685
cwashington@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:                                          CASE: R25-41071-PWB

EDDIE ANTHONY BLAND           CHAPTER 13

                                               JUDGE PAUL W. BONAPFEL

Debtor

**DISTRIBUTION LIST**

K. EDWARD SAFIR, STANDING CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, SUITE 1600
ATLANTA, GA 30303-1229

CLARK & WASHINGTON
3300 NORTHEAST EXPRESSWAY, BUILDING 3
ATLANTA, GA 303410000

EDDIE ANTHONY BLAND
103 OMEGA COURT
DALLAS, GA 30157

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 25-41071-pwb

Eddie Anthony Bland  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-6 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: pdf504 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddie Anthony Bland, 103 Omega Court, Dallas, GA 30157-7467 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: cwatlantabk@gmail.com | Mar 04 2026 20:24:00 | CLARK & WASHINGTON, 3300 NORTHEAST EXPRESSWAY, BUILDING 3, ATLANTA, GA 30341-3923 |
| | Email/Text: ebn@atlch13tt.com | Mar 04 2026 20:25:00 | K. EDWARD SAFIR, STANDING CHAPTER 13 TRUSTEE, 285 PEACHTREE CENTER AVE, SUITE 1600, ATLANTA, GA 30303-1229 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | EDDIE ANTHONY BLAND, 103 OMEGA COURT, DALLAS, GA 30157-7467 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandi L. Kirkland | |

| | | |
|---|---|---|
| District/off: 113E-6 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Mar 04, 2026 | Form ID: pdf504 | Total Noticed: 3 |

on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com

E. L. Clark

on behalf of Debtor Eddie Anthony Bland cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com

K. Edward Safir

info@atlch13tt.com

Matthew Franklin Totten

on behalf of Creditor Hudson Homes Management  LLC, a/a/f Hudson SFR Property Holdings II LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

TOTAL: 4