**THE UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia - Rome Division**

| | |
|---|---|
| IN RE: | *  CASE NO.: **25-41071** |
| **Eddie Anthony Bland,** | * |
| **AKA Eddie A Bland; AKA Eddie Bland,** | * |
| | *  CHAPTER:  **13** |
| | * |
| | * |
| Debtor | * |

**MOTION TO CONVERT CASE TO CHAPTER 7**

COMES NOW **Eddie Anthony Bland,**  debtor in the above-styled Chapter 13 case, by and through undersigned counsel moves this Honorable Court, pursuant to 11 U.S.C. Section 1307, to convert the above-styled Chapter 13 case to a proceeding under 11 U.S.C. Chapter 7.

WHEREFORE, Debtor prays:

(a)  That this Motion to Convert Case to Chapter 7 be filed, read, and considered;

(b)  That this Honorable Court grant this Motion to Convert Case to Chapter 7; and,

(c)  That this Honorable Court grant such other and further relief as it may deem just and proper

Respectfully submitted
CLARK & WASHINGTON, LLC

/s/
Brian M. Shockley, GA Bar No. 643752
Attorneys for Debtor

CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222

CC: Eddie Anthony Bland,