**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eddie Anthony Bland** | Social Security number or ITIN | **xxx–xx–1451** |
| | First Name    Middle Name    Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ | |
| | | EIN   _ _ – _ _ _ _ _ _ _ | |

United States Bankruptcy Court   **Northern District of Georgia**
Court website: www.ganb.uscourts.gov

Case number:   **25–41071–pwb**

Date case filed in chapter  **13**        **7/22/25**

Date case converted to chapter  **7**     **7/27/26**

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov .   Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Eddie Anthony Bland | |
| **2. All other names used in the last 8 years** | aka Eddie A Bland, aka Eddie Bland | |
| **3. Address** | 103 Omega Court Dallas, GA 30157 | |
| **4. Debtor's attorney** Name and address | E. L. Clark Clark & Washington, LLC Bldg. 3 3300 Northeast Expwy. Atlanta, GA 30341  Contact phone 404–522–2222 Email:  cwatlantabk@gmail.com | |
| **5. Bankruptcy trustee** Name and address | Tracey L. Montz Suite 108–#406 2146 Roswell Road Marietta, GA 30062–3813 | Contact phone (404) 713–6472 |

**For more information, see page 2 >**

Debtor  **Eddie Anthony Bland**                                                                                    Case number **25–41071–pwb**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Vania S. Allen<br>Clerk of Court<br><br>Room 339, Federal Building<br>600 East First Street<br>Rome, GA 30161–3187 | Office Hours:  8:00 a.m. – 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 706–378–4000 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **August 27, 2026 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 646 547 9649, and Passcode 3851521994, OR call 1 (470) 924–8879**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/26/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Georgia

In re:

Eddie Anthony Bland

    Debtor

Case No. 25-41071-pwb

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-6 | User: bncadmin | Page 1 of 3 |
| Date Rcvd: Jul 27, 2026 | Form ID: 309a | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddie Anthony Bland, 103 Omega Court, Dallas, GA 30157-7467 |
| aty | + | Matthew Franklin Totten, The Totten Firm, LLC, 5579 Chamblee Dunwoody Rd, Ste B-136, Atlanta, GA 30338-4154 |
| 25378518 | + | Hudson Homes Management LLC, RA: C T Corporation System, 289 S Culver Street, Lawrenceville, GA 30046-4805 |
| 25378523 | + | Mississippi Dept of Human Resoursrs, Attn: Bankruptcy, 200 South Lamar St, Jackson, MS 39201-4013 |
| 25378524 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cwatlantabk@gmail.com | Jul 27 2026 20:54:00 | E. L. Clark, Clark & Washington, LLC, Bldg. 3, 3300 Northeast Expwy., Atlanta, GA 30341 |
| tr | + | EDI: FTLMONTZ.COM | Jul 28 2026 00:39:00 | Tracey L. Montz, Suite 108-#406, 2146 Roswell Road, Marietta, GA 30062-3815 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 27 2026 20:55:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 25456253 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2026 21:01:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25493012 | | Email/Text: BNCnotices@dcmservices.com | Jul 27 2026 20:55:00 | Bortolazzo Group LLC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 25457855 | + | Email/Text: feedback@cascadereceivables.com | Jul 27 2026 20:56:05 | CASCADE CAPITAL FUNDING, LLC, c/o Cascade Receivables Management, LLC, 5341 Old Redwood Hwy Suite 210, Petaluma, CA 94954-7127 |
| 25378511 | + | EDI: CAPITALONE.COM | Jul 28 2026 00:39:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25378512 | + | Email/Text: bankruptcy@credencerm.com | Jul 27 2026 20:56:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 25378513 | ^ | MEBN | Jul 27 2026 20:52:23 | Envoy Mortgage, Ltd., Attn: Bankruptcy, 10496 Katy Freeway, Ste 250, Houston, TX 77043-5271 |
| 25378514 | + | Email/Text: cgallop@familysavingscu.com | Jul 27 2026 20:55:00 | Family Savings Credit Union, Attn: Bankruptcy, 711 E. Meighan Blvd, Gadsden, AL 35903-1996 |
| 25428347 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 27 2026 20:56:00 | Flagship Credit Acceptance, PO BOX 3807, Coppell, TX 75019-5877 |
| 25378515 | + | EDI: WFFC | Jul 28 2026 00:39:00 | Flagship Credit Acceptance, LLC, RA: Corporation Service Company, 2 Sun Court, Suite |

District/off: 113E-6 | User: bncadmin | Page 2 of 3
Date Rcvd: Jul 27, 2026 | Form ID: 309a | Total Noticed: 28

| Recip ID | Notice Type | Notice Date/Time | Name and Address |
|---|---|---|---|
| | | | 400, Norcross, GA 30092-2865 |
| 25378516 | EDI: GADEPTOFREV | Jul 28 2026 00:39:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25378517 | ^ MEBN | Jul 27 2026 20:53:10 | Harris & Harris, Attn: Bankruptcy, 1 Home Campute Mac X2303-01a, Des Moines, IA 50328-0001 |
| 25378519 | EDI: IRS.COM | Jul 28 2026 00:39:00 | Internal Revenue Service, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25378520 | Email/Text: bk@lendmarkfinancial.com | Jul 27 2026 20:54:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 25385935 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2026 21:01:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25378521 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2026 21:01:53 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25378522 | + Email/Text: MDSBankruptcies@meddatsys.com | Jul 27 2026 20:54:00 | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 25459198 | EDI: PRA.COM | Jul 28 2026 00:39:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 25378525 | EDI: PRA.COM | Jul 28 2026 00:39:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25378526 | ^ MEBN | Jul 27 2026 20:53:14 | Titlemax of Georgia, RA: Corporation Service Company, 2 Sun Court, Suite 400, Norcross, GA 30092-2865 |
| 25381275 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jul 27 2026 20:55:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25486891 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026          Signature:          /s/Gustava Winters

District/off: 113E-6                                   User: bncadmin                                        Page 3 of 3
Date Rcvd: Jul 27, 2026                              Form ID: 309a                                     Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brandi L. Kirkland | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |
| E. L. Clark | on behalf of Debtor Eddie Anthony Bland cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Hudson Homes Management  LLC, a/a/f Hudson SFR Property Holdings II LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Tracey L. Montz | tmontztrustee@gmail.com  tlm@trustesolutions.net |

TOTAL: 6