## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Eddie Anthony Bland**
103 Omega Court
Dallas, GA 30157

**xxx–xx–1451**

Case No.: **25–41071–pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

## ORDER APPROVING ACCOUNT AND DISCHARGING CHAPTER 13 TRUSTEE

It appearing that the case of the above–named Debtor(s) was converted to a Chapter **7** by Order of this Court on **7/27/26** , and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Chapter 13 Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Chapter 13 Trustee has performed all other duties as required in the administration of said estate;

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The Clerk shall mail a copy of this order to the Debtor, the Attorney for the Debtor(s), the Chapter 13 Trustee, and the Chapter 7 Trustee.

Paul W. Bonapfel
United States Bankruptcy Judge

Dated:  August 4, 2026

Form175

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                          Case No. 25-41071-pwb

Eddie Anthony Bland                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-6 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Aug 04, 2026 | Form ID: 175 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eddie Anthony Bland, 103 Omega Court, Dallas, GA 30157-7467 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: ebn@atlch13tt.com | Aug 04 2026 21:32:00 | K. Edward Safir, Standing Chapter 13 Trustee, Suite 1600, 285 Peachtree Center Ave. NE, Atlanta, GA 30303-1100 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandi L. Kirkland | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |
| E. L. Clark | on behalf of Debtor Eddie Anthony Bland cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor Hudson Homes Management  LLC, a/a/f Hudson SFR Property Holdings II LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

District/off: 113E-6                               User: bncadmin                                    Page 2 of 2
Date Rcvd: Aug 04, 2026                       Form ID: 175                                       Total Noticed: 2

Office of the United States Trustee
       ustpregion21.at.ecf@usdoj.gov

Tracey L. Montz

       tmontztrustee@gmail.com  tlm@trustesolutions.net


TOTAL: 5