

**Restaurant Growth Services**

Employer Name: Restaurant Growth Services, LLC
Employer Phone: 615-256-8500
Employer Address: 500 Interstate Blvd S, Suite 400, Nashville, TN 37210

| | |
|---|---|
| Employee Name: | Eddie Bland |
| Employee #: | 1380997 |
| Employee Address: | 103 Omega Court, Dallas, GA 30157 |
| Department: | Management |
| Job Title: | General Manager |
| Site: | 312 Stockbridge Management |

| | |
|---|---|
| Pay Date: | 7/17/2026 |
| Pay Period: | 7/6/2026 - 7/12/2026 |
| Deposit Advice #: | 302717890 |
| Pay Frequency: | Weekly |
| Pay Rate: | $1,442.31 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| State Filing Status: | A (GA) |
| State Exemptions: | 2/$0.00 (GA) |

| | Current 7/6/2026 - 7/12/2026 | | | YTD As of 7/12/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | | |
| Regular | 40.000 | | $1,442.31 | 1,240.000 | $44,943.99 |
| Add Shift Bonus | 40.000 | 36.0577 | $1,442.31 | 1,160.000 | $40,769.39 |
| Manager Qtrly Bonus | | | | 80.000 | $2,884.60 |
| Training Bonus | | | | | $390.00 |
| | | | | | $900.00 |
| **Taxable Benefits** | | | $5.26 | | $384.10 |
| Group Term Life | | | $4.84 | | $131.77 |
| Short Term Disability Imputed | | | $0.42 | | $12.18 |
| Meal Card | | | | | $240.15 |
| **Pre-Tax Deductions** | | | $33.58 | | $973.82 |
| Dental (Pre-Tax) - US Only | | | $3.46 | | $100.34 |
| Health (Pre-Tax) - US Only | | | $28.90 | | $838.10 |
| Vision (Pre-Tax) - US Only | | | $1.22 | | $35.38 |
| **Taxes** | | | $299.50 | | $10,045.47 |
| Fed W/H | | | $140.21 | | $4,845.13 |
| FICA EE | | | $87.66 | | $2,749.96 |
| Fed MWT EE | | | $20.51 | | $643.14 |
| GA W/H | | | $51.12 | | $1,807.24 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | $1,109.23 | | $33,924.70 |
| Direct Deposit | 061000104 | XXXXXXXXX3633 | $1,109.23 | | |

dayforce

Page 1 of



**Restaurant Growth Services**

| Employee Name: | Eddie Bland |
| Employee #: | 1380997 |
| Employee Address: | 103 Omega Court, Dallas, GA 30157 |
| Department: | Management |
| Job Title: | General Manager |
| Site: | 312 Stockbridge Management |

| Pay Date: | 7/31/2026 |
| Pay Period: | 7/20/2026 - 7/26/2026 |
| Deposit Advice #: | 311109330 |
| Pay Frequency: | Weekly |
| Pay Rate: | $1,442.31 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| State Filing Status: | A (GA) |
| State Exemptions: | 2/$0.00 (GA) |

Employer Name: Restaurant Growth Services, LLC
Employer Phone: 615-256-8500
Employer Address: 500 Interstate Blvd S, Suite 400, Nashville, TN 37210

| | Current 7/20/2026 – 7/26/2026 | | | YTD As of 7/26/2026 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 48.000 | | **$1,730.77** | 1,328.000 | **$48,567.07** |
| Regular | 40.000 | 36.0577 | $1,442.31 | 1,240.000 | $43,654.01 |
| Add Shift Bonus | 8.000 | 36.0577 | $288.46 | 88.000 | $3,173.06 |
| Manager Qtrly Bonus | | | | | $840.00 |
| Training Bonus | | | | | $900.00 |
| **Taxable Benefits** | | | **$5.26** | | **$452.83** |
| Group Term Life | | | $4.84 | | $141.45 |
| Short Term Disability Imputed | | | $0.42 | | $13.02 |
| Meal Card | | | | | $298.36 |
| **Pre-Tax Deductions** | | | **$33.58** | | **$1,040.98** |
| Dental (Pre-Tax) – US Only | | | $3.46 | | $107.26 |
| Health (Pre-Tax) – US Only | | | $28.90 | | $895.90 |
| Vision (Pre-Tax) – US Only | | | $1.22 | | $37.82 |
| **Taxes** | | | **$399.41** | | **$10,920.43** |
| Fed W/H | | | $203.66 | | $5,300.80 |
| FICA EE | | | $135.55 | | $2,974.69 |
| Fed MWT EE | | | $24.68 | | $695.69 |
| GA W/H | | | $55.52 | | $1,949.25 |

| | Routing # | Account # | Amount | | Amount |
| --- | --- | --- | --- | --- | --- |
| **Net Pay** | | | **$1,297.78** | | **$36,605.66** |
| Direct Deposit | 061000104 | XXXXXXXXX3633 | $1,297.78 | | |

dayforce

Page 1 of 1

## Travel and Expense Report

| Business Unit | 275 | Name | Eddie Bland | | Date | 8/1//2026 |
| Last 4 # SSN/EE | 1451 | Street | 103 Omega ct Dallas ga | | | |
| | | City,State,Zip | 30157 | | ****Do not print before filling out completely**** | |

| Date | Business Name | Business Purpose | Attendees | Expense Category | Amount | Account *for AP ONLY |
|------|--------------|-----------------|-----------|-----------------|--------|---------------------|
| | | | | | | |
| | | | | | | |

| Date | Travel from | Travel to | Reason for Travel | Mileage | Amount | |
|------|------------|-----------|-------------------|---------|--------|---|
| 7/27/2026 | Dallas Ga | Store/Canton | Resturant Support | 42.3 | $ 30.67 | |
| 7/27/2026 | Canton | Dallas Ga | 42.3 miles each wy | 42.3 | $ 30.67 | |
| 7/28/2026 | Dallas to store | Store to Dallas | 42.3 miles each wy | 84.6 | $ 61.34 | |
| 7/29/2026 | Dallas to store | Store to Dallas | 42.3 miles each wy | 84.6 | $ 61.34 | |
| 7/30/2026 | Dallas to store | Store to Dallas | 42.3 miles each wy | 84.6 | $ 61.34 | |
| 7/31/2026 | Dallas to store | Store to Dallas | 42.3 miles each wy | 84.6 | $ 61.34 | |
| 8/1/2026 | Dallas to store | Store to Dallas | 42.3 miles each wy | 84.6 | $ 61.34 | |
| | | | | | $ - | $ 368.01 |
| **Total Due to Team Member** | | | | | $ 368.01 | |

Mileage 566800  $  368.01

For Accounting Use Only

$ 368.01

Team Member Signature:

Date 8/1/26

Direct Supervisor/Manager:

Date

Revised 03/18/14     ****Do not print before filling out completely. ****