**Restaurant Growth Services**

**Employer Name:** Restaurant Growth Services, LLC
**Employer Phone:** 615-256-8500
**Employer Address:** 500 Interstate Blvd S
Suite 400
Nashville, TN 37210

| | |
|---|---|
| **Employee Name:** | Eddie Bland |
| **Employee #:** | 1380997 |
| **Employee Address:** | 103 Omega Court Dallas, GA 30157 |
| **Department:** | Management |
| **Job Title:** | General Manager |
| **Site:** | 312 Stockbridge Management |

| | |
|---|---|
| **Pay Date:** | 7/17/2026 |
| **Pay Period:** | 7/6/2026 - 7/12/2026 |
| **Deposit Advice #:** | 302717890 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | $1,442.31 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A (GA) |
| **State Exemptions:** | 2/$0.00 (GA) |

| | Current 7/6/2026 - 7/12/2026 | | | YTD As of 7/12/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 40.000 | | $1,442.31 | 1,240.000 | $44,943.99 |
| Regular | 40.000 | 36.0577 | $1,442.31 | 1,160.000 | $40,769.39 |
| Add Shift Bonus | | | | 80.000 | $2,884.60 |
| Manager Qtrly Bonus | | | | | $390.00 |
| Training Bonus | | | | | $900.00 |
| **Taxable Benefits** | | | $5.26 | | $384.10 |
| Group Term Life | | | $4.84 | | $131.77 |
| Short Term Disability Imputed | | | $0.42 | | $12.18 |
| Meal Card | | | | | $240.15 |
| **Pre-Tax Deductions** | | | $33.58 | | $973.82 |
| Dental (Pre-Tax) - US Only | | | $3.46 | | $100.34 |
| Health (Pre-Tax) - US Only | | | $28.90 | | $838.10 |
| Vision (Pre-Tax) - US Only | | | $1.22 | | $35.38 |
| **Taxes** | | | $299.50 | | $10,045.47 |
| Fed W/H | | | $140.21 | | $4,845.13 |
| FICA EE | | | $87.66 | | $2,749.96 |
| Fed MWT EE | | | $20.51 | | $643.14 |
| GA W/H | | | $51.12 | | $1,807.24 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | $1,109.23 | | $33,924.70 |
| Direct Deposit | 061000104 | XXXXXXXXX3633 | $1,109.23 | | |

# Restaurant Growth Services

**Employer Name:** Restaurant Growth Services, LLC
**Employer Phone:** 615-256-8500
**Employer Address:** 500 Interstate Blvd S
Suite 400
Nashville, TN 37210

**Employee Name:** Eddie Bland
**Employee #:** 1380997
**Employee Address:** 103 Omega Court
Dallas, GA 30157
**Department:** Management
**Job Title:** General Manager
**Site:** 312 Stockbridge Management

**Pay Date:** 7/2/2026
**Pay Period:** 6/22/2026 - 6/28/2026
**Deposit Advice #:** 292235401
**Pay Frequency:** Weekly
**Pay Rate:** $1,442.31
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** A (GA)
**State Exemptions:** 2/$0.00 (GA)

| | Current 6/22/2026 – 6/28/2026 | | | YTD As of 6/28/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 40.000 | | $1,442.31 | 1,160.000 | $42,059.37 |
| Regular | 40.000 | 36.0577 | $1,442.31 | 1,080.000 | $37,884.77 |
| Add Shift Bonus | | | | 80.000 | $2,884.60 |
| Manager Qtrly Bonus | | | | | $390.00 |
| Training Bonus | | | | | $900.00 |
| **Taxable Benefits** | | | $5.26 | | $373.58 |
| Group Term Life | | | $4.84 | | $122.09 |
| Short Term Disability Imputed | | | $0.42 | | $11.34 |
| Meal Card | | | | | $240.15 |
| **Pre-Tax Deductions** | | | $33.58 | | $906.66 |
| Dental (Pre-Tax) - US Only | | | $3.46 | | $93.42 |
| Health (Pre-Tax) - US Only | | | $28.90 | | $780.30 |
| Vision (Pre-Tax) - US Only | | | $1.22 | | $32.94 |
| **Taxes** | | | $299.50 | | $9,446.47 |
| Fed W/H | | | $140.21 | | $4,564.71 |
| FICA EE | | | $87.67 | | $2,574.63 |
| Fed MWT EE | | | $20.50 | | $602.13 |
| GA W/H | | | $51.12 | | $1,705.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,109.23** | | **$31,706.24** |
| Direct Deposit | 061000104 | XXXXXXXXX3633 | $1,109.23 | | |

dayforce



**Employer Name:** Restaurant Growth Services, LLC

**Employer Phone:** 615-256-8500

**Employer Address:** 500 Interstate Blvd S
Suite 400
Nashville, TN 37210

**Employee Name:** Eddie Bland
**Employee #:** 1380997
**Employee Address:** 103 Omega Court
Dallas, GA 30157
**Department:** Management
**Job Title:** General Manager
**Site:** 312 Stockbridge Management

| | |
|---|---|
| Pay Period: | 6/12/2026 6/1/2026 - 6/7/2026 |
| Deposit Advice #: | 280092954 |
| Pay Frequency: | Weekly |
| Pay Rate: | $1,442.31 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| State Filing Status: | A (GA) |
| State Exemptions: | 2/$0.00 (GA) |

| | Current 6/1/2026 - 6/7/2026 | | | YTD As of 6/7/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **40.000** | | **$1,442.31** | **1,024.000** | **$37,155.52** |
| Regular | 40.000 | 36.0577 | $1,442.31 | 960.000 | $33,557.84 |
| Add Shift Bonus | | | | 64.000 | $2,307.68 |
| Manager Qtrly Bonus | | | | | $390.00 |
| Training Bonus | | | | | $900.00 |
| **Taxable Benefits** | | | **$5.26** | | **$299.14** |
| Group Term Life | | | $4.84 | | $107.57 |
| Short Term Disability Imputed | | | $0.42 | | $10.08 |
| Meal Card | | | | | $181.49 |
| **Pre-Tax Deductions** | | | **$33.58** | | **$805.92** |
| Dental (Pre-Tax) - US Only | | | $3.46 | | $83.04 |
| Health (Pre-Tax) - US Only | | | $28.90 | | $693.60 |
| Vision (Pre-Tax) - US Only | | | $1.22 | | $29.28 |
| **Taxes** | | | **$305.56** | | **$8,321.20** |
| Fed W/H | | | $140.21 | | $4,004.27 |
| FICA EE | | | $87.67 | | $2,272.22 |
| Fed MWT EE | | | $20.51 | | $531.41 |
| GA W/H | | | $57.17 | | $1,513.30 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,103.17** | | **$28,028.40** |
| Direct Deposit | 061000104 | XXXXXXXXX3633 | $1,103.17 | | |

dayforce

Page 1 of 1



| | | |
|---|---|---|
| **Employee Name:** | Eddie Bland | |
| **Employee Address:** | 120 Omega Court Dallas, GA 30157 | |
| **Department:** | Management | |
| **Job Title:** | General Manager | |
| **Site:** | 312 Stockbridge Management | |

| | |
|---|---|
| **Pay Date:** | 6/18/2026 |
| **Pay Period:** | 6/8/2026 - 6/14/2026 |
| **Deposit Advice #:** | 283592494 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | $1,442.31 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A (GA) |
| **State Exemptions:** | 2/$0.00 (GA) |

**Employer Name:** Restaurant Growth Services, LLC

**Employer Phone:** 615-256-8500

**Employer Address:** 500 Interstate Blvd S
Suite 400
Nashville, TN 37210

| | Current 6/8/2026 – 6/14/2026 | | | YTD As of 6/14/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 48.000 | | **$1,730.77** | 1,072.000 | **$38,886.29** |
| Regular | 40.000 | 36.0577 | $1,442.31 | 1,000.000 | $35,000.15 |
| Add Shift Bonus | 8.000 | 36.0577 | $288.46 | 72.000 | $2,596.14 |
| Manager Qtrly Bonus | | | | | $390.00 |
| Training Bonus | | | | | $900.00 |
| **Taxable Benefits** | | | **$5.26** | | **$304.40** |
| Group Term Life | | | $4.84 | | $112.41 |
| Short Term Disability Imputed | | | $0.42 | | $10.50 |
| Meal Card | | | | | $181.49 |
| **Pre-Tax Deductions** | | | **$33.58** | | **$839.50** |
| Dental (Pre-Tax) - US Only | | | $3.46 | | $86.50 |
| Health (Pre-Tax) - US Only | | | $28.90 | | $722.50 |
| Vision (Pre-Tax) - US Only | | | $1.22 | | $30.50 |
| **Taxes** | | | **$406.03** | | **$8,727.23** |
| Fed W/H | | | $203.66 | | $4,207.93 |
| FICA EE | | | $105.55 | | $2,377.77 |
| Fed MWT EE | | | $24.68 | | $556.09 |
| GA W/H | | | $72.14 | | $1,585.44 |

| | **Routing #** | **Account #** | **Amount** | | **Amount** |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,291.16** | | **$29,319.56** |
| Direct Deposit | 061000104 | XXXXXXXXX3633 | $1,291.16 | | |

dayforce

# Restaurant Growth Services.

**Employer Name:** Restaurant Growth Services, LLC
**Employer Phone:** 615-256-8500
**Employer Address:** 500 Interstate Blvd S
Suite 400
Nashville, TN 37210

| | |
|---|---|
| **Employee Name:** | Eddie Bland |
| **Employee #:** | 1380997 |
| **Employee Address:** | 103 Omega Court Dallas, GA 30157 |
| **Department:** | Management |
| **Job Title:** | General Manager |
| **Site:** | 312 Stockbridge Management |

| | |
|---|---|
| **Pay Date:** | 6/26/2026 |
| **Pay Period:** | 6/15/2026 - 6/21/2026 |
| **Deposit Advice #:** | 288415548 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | $1,442.31 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A (GA) |
| **State Exemptions:** | 2/$0.00 (GA) |

| | Current 6/15/2026 - 6/21/2026 | | | YTD As of 6/21/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 48.000 | | $1,730.77 | 1,120.000 | $40,617.06 |
| Regular | 40.000 | 36.0577 | $1,442.31 | 1,040.000 | $36,442.46 |
| Add Shift Bonus | 8.000 | 36.0577 | $288.46 | 80.000 | $2,884.60 |
| Manager Qtrly Bonus | | | | | $390.00 |
| Training Bonus | | | | | $900.00 |
| **Taxable Benefits** | | | $63.92 | | $368.32 |
| Group Term Life | | | $4.84 | | $117.25 |
| Short Term Disability Imputed | | | $0.42 | | $10.92 |
| Meal Card | | | $58.66 | | $240.15 |
| **Pre-Tax Deductions** | | | $33.58 | | $873.08 |
| Dental (Pre-Tax) - US Only | | | $3.46 | | $89.96 |
| Health (Pre-Tax) - US Only | | | $28.90 | | $751.40 |
| Vision (Pre-Tax) - US Only | | | $1.22 | | $31.72 |
| **Taxes** | | | $419.74 | | $9,146.97 |
| Fed W/H | | | $216.57 | | $4,424.50 |
| FICA EE | | | $109.19 | | $2,486.96 |
| Fed MWT EE | | | $25.54 | | $581.63 |
| GA W/H | | | $68.44 | | $1,653.88 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| | | | $1,277.45 | | $30,597.01 |
| **Net Pay** | | | $1,277.45 | | |
| Direct Deposit | 061000104 | XXXXXXXXX3633 | | | |

# Restaurant Growth Services

**Employer Name:** Restaurant Growth Services, LLC
**Employer Phone:** 615-256-8500
**Employer Address:** 500 Interstate Blvd S
Suite 400
Nashville, TN 37210

**Employee Name:** Eddie Bland
**Employee #:** 1380997
**Employee Address:** 103 Omega Court
Dallas, GA 30157
**Department:** Management
**Job Title:** General Manager
**Site:** 312 Stockbridge
Management

**Pay Date:** 7/10/2026
**Pay Period:** 6/29/2026 - 7/5/2026
**Deposit Advice #:** 298339349
**Pay Frequency:** Weekly
**Pay Rate:** $1,442.31
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** A (GA)
**State Exemptions:** 2/$0.00 (GA)

|  | Current 6/29/2026 - 7/5/2026 | | | YTD As of 7/5/2026 | |
| --- | --- | --- | --- | --- | --- |
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 40.000 | | $1,442.31 | 1,200.000 | $43,501.68 |
| Regular | 40.000 | 36.0577 | $1,442.31 | 1,120.000 | $39,327.08 |
| Add Shift Bonus | | | | 80.000 | $2,884.60 |
| Manager Qtrly Bonus | | | | | $390.00 |
| Training Bonus | | | | | $900.00 |
| **Taxable Benefits** | | | $5.26 | | $378.84 |
| Group Term Life | | | $4.84 | | $126.93 |
| Short Term Disability Imputed | | | $0.42 | | $11.76 |
| Meal Card | | | | | $240.15 |
| **Pre-Tax Deductions** | | | $33.58 | | $940.24 |
| Dental (Pre-Tax) - US Only | | | $3.46 | | $96.88 |
| Health (Pre-Tax) - US Only | | | $28.90 | | $809.20 |
| Vision (Pre-Tax) - US Only | | | $1.22 | | $34.16 |
| **Taxes** | | | $299.50 | | $9,745.97 |
| Fed W/H | | | $140.21 | | $4,704.92 |
| FICA EE | | | $87.67 | | $2,662.30 |
| Fed MWT EE | | | $20.50 | | $622.63 |
| GA W/H | | | $51.12 | | $1,756.12 |

|  | Routing # | Account # | Amount | | Amount |
| --- | --- | --- | --- | --- | --- |
| **Net Pay** | | | $1,109.23 | | $32,815.47 |
| Direct Deposit | 061000104 | XXXXXXXXX3633 | $1,109.23 | | |