**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Eddie Anthony Bland**
103 Omega Court
Dallas, GA 30157

**xxx–xx–1451**

Case No.: **25–41071–pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: November 2, 2026

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 25-41071-pwb
Eddie Anthony Bland Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6 User: admin Page 1 of 3
Date Rcvd: Nov 02, 2026 Form ID: 182 Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddie Anthony Bland, 103 Omega Court, Dallas, GA 30157-7467 |
| 25378518 | + | Hudson Homes Management LLC, RA: C T Corporation System, 289 S Culver Street, Lawrenceville, GA 30046-4805 |
| 25378523 | + | Mississippi Dept of Human Resourses, Attn: Bankruptcy, 200 South Lamar St, Jackson, MS 39201-4013 |
| 25378524 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTLMONTZ.COM | Nov 03 2026 00:55:00 | Tracey L. Montz, Suite 108-#406, 2146 Roswell Road, Marietta, GA 30062-3815 |
| 25456253 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 20:53:56 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25493012 | | Email/Text: BNCnotices@dcmservices.com | Nov 02 2026 20:45:00 | Bortolazzo Group LLC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 25457855 | + | Email/Text: Bankruptcies@cascadereceivables.com | Nov 02 2026 20:47:00 | CASCADE CAPITAL FUNDING, LLC, c/o Cascade Receivables Management, LLC, 5341 Old Redwood Hwy Suite 210, Petaluma, CA 94954-7127 |
| 25378511 | + | EDI: CAPITALONE.COM | Nov 03 2026 00:55:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25378512 | + | Email/Text: bankruptcy@credencerm.com | Nov 02 2026 20:47:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 25378513 | ^ | MEBN | Nov 02 2026 20:14:32 | Envoy Mortgage, Ltd., Attn: Bankruptcy, 10496 Katy Freeway, Ste 250, Houston, TX 77043-5271 |
| 25378514 | + | Email/Text: cgallop@familysavingscu.com | Nov 02 2026 20:45:00 | Family Savings Credit Union, Attn: Bankruptcy, 711 E. Meighan Blvd, Gadsden, AL 35903-1996 |
| 25428347 | + | Email/Text: bankruptcy@flagshipcredit.com | Nov 02 2026 20:47:00 | Flagship Credit Acceptance, PO BOX 3807, Coppell, TX 75019-5877 |
| 25378515 | + | EDI: WFFC | Nov 03 2026 00:55:00 | Flagship Credit Acceptance, LLC, RA: Corporation Service Company, 2 Sun Court, Suite 400, Norcross, GA 30092-2865 |
| 25378516 | | EDI: GADEPTOFREV | Nov 03 2026 00:55:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25378517 | ^ | MEBN | Nov 02 2026 20:14:25 | Harris & Harris, Attn: Bankruptcy, 1 Home Campute Mac X2303-01a, Des Moines, IA |

| | | | | |
|---|---|---|---|---|
| | | | | 50328-0001 |
| 25378519 | | EDI: IRS.COM | Nov 03 2026 00:55:00 | Internal Revenue Service, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25378520 | | Email/Text: bk@lendmarkfinancial.com | Nov 02 2026 20:43:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 25385935 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 20:53:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25378521 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 20:54:36 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25378522 | + | Email/Text: MDSBankruptcies@meddatsys.com | Nov 02 2026 20:44:00 | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 25459198 | | EDI: PRA.COM | Nov 03 2026 00:55:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 25378525 | | EDI: PRA.COM | Nov 03 2026 00:55:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25378526 | ^ | MEBN | Nov 02 2026 20:14:40 | Titlemax of Georgia, RA: Corporation Service Company, 2 Sun Court, Suite 400, Norcross, GA 30092-2865 |
| 25381275 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 02 2026 20:46:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25486891 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandi L. Kirkland | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |

| | |
|---|---|
| E. L. Clark | on behalf of Debtor Eddie Anthony Bland cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor Hudson Homes Management LLC, a/a/f Hudson SFR Property Holdings II LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Tracey L. Montz | tmontztrustee@gmail.com tlm@trustesolutions.net |

TOTAL: 5